## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02134-RPM

ARCELIA ROJO,

     Plaintiff,

vs.

ASPEN SKIING COMPANY, LLC,

     Defendant.

_____

### ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S THIRD CLAIM FOR RELIEF
_____

This matter having come before the Court on the Parties' Joint Stipulation to Dismiss with Prejudice Plaintiff's Third Claim for Relief, and the Court having reviewed the Stipulation and being fully advised of the premises therein orders as follows:

The Stipulation to Dismiss with Prejudice Plaintiff's Third Claim for Relief is GRANTED.

Dated this 30th day of October, 2014.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge