# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02134-RPM

ARCELIA ROJO,

      Plaintiff,

vs.

ASPEN SKIING COMPANY, LLC,

      Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
    a.

---

This matter having come before the Court on the Defendant's Unopposed Motion to Amend Scheduling Order, and the Court having reviewed the Motion and being fully advised of the premises therein orders as follows:

The Motion is GRANTED. The discovery cut-off in this case is extended solely for the purpose of allowing Aspen to: (1) re-open Plaintiff's deposition with respect to her efforts to mitigate her damages, and (2) take the preservation depositions of Gioanna Villabrille and John Speers.

Dated this 1st day of May, 2015.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge