**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: August 20, 2015
Courtroom Deputy: Emily Buchanan
FTR Technician: Kathy Terasaki

---

Civil Action No. 14-cv-02134-RPM          Counsel:

ARCELIA ROJO,                             Theodore Hess

    Plaintiff,

v.

ASPEN SKIING COMPANY, LLC,                Mark Wiletsky

    Defendant.

---

## COURTROOM MINUTES

**MOTION HEARING**

**10:56 a.m.     Court in session.**

Also present: Plaintiff Arcelia Rojo.

Mr. Wiletsky answers Court's questions and provides argument.

Mr. Hess answers Court's questions regarding facts of the case and claims.

Further argument by Mr. Wiletsky.

**ORDERED:** Defendant Aspen Skiing Company's Motion for Summary Judgment (Doc. No. 19) is **GRANTED** as to Plaintiff's claim of a violation of the Age Discrimination in Employment Act, and that claim is dismissed, and **DENIED** as to Plaintiff's claim of a violation of the Americans with Disabilities Act.

**11:31 a.m.     Court in recess.**

**Hearing concluded.  Total time: 35 minutes.**