IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02134-RPM

ARCELIA ROJO,

    Plaintiff,

v.

ASPEN SKIING COMPANY, LLC,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

    Upon consideration of the defendant's motion for reconsideration of the court's ruling on failure to accommodate (Order, doc. 37), it is

    ORDERED that the defendant's motion for reconsideration of the court's ruling (doc. 40) is denied.

    Dated: January 8, 2016

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior Judge