IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.   14-cv-02134-RPM

ARCELIA ROJO,

    Plaintiff,

v.

ASPEN SKIING COMPANY, LLC,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on January 11, 2016, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this __13th__ day of January, 2016.

BY THE COURT:

_/s/ Richard P. Matsch_
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_[signature]_                                                               _[signature]_
ATTORNEY FOR PLAINTIFF                    ATTORNEY FOR DEFENDANT