IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02134-RPM

ARCELIA ROJO,

      Plaintiff,

v.

ASPEN SKIING COMPANY, LLC,

      Defendant.

_____

ORDER TO SET A PRETRIAL CONFERENCE ON ECONOMIC LOSSES
_____

The jury having determined the ADA claim in favor of the plaintiff and having awarded compensatory damages in the amount of $150,000, the issue of the plaintiff's economic losses should now be determined by the Court and upon the assumption that a bench trial will be necessary for that purpose, it is

ORDERED that a pretrial conference will be scheduled with counsel and the parties shall prepare a limited pretrial order setting forth their respective positions and proposed witnesses and exhibits and submit it to chambers ten days before the conference.

Dated:    January 14th, 2016

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge