IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02134-RPM

ARCELIA ROJO,

      Plaintiff,

v.

ASPEN SKIING COMPANY, LLC,

        Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the Order to Set a Pretrial Conference on Economic Losses entered by this Court [Doc. 52], it is

      ORDERED that a pretrial conference is scheduled for **February 23, 2016, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **February 3, 2016.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

      Dated:   January 20th, 2016

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge