# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02134-RPM

ARCELIA ROJO,

    Plaintiff,

vs.

ASPEN SKIING COMPANY, LLC,

    Defendant.

---

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

    Having reviewed the parties' Stipulation for Dismissal with Prejudice under Rule 41(a)(1)(A)(ii)., Fed. R. Civ. P., and being fully advised, this Court

    Orders that the Stipulation for Dismissal is hereby GRANTED.  This action is dismissed with prejudice.  Each party shall bear her or its own costs and attorneys' fees.

    Dated this 16th day of February, 2016.

                                  BY THE COURT

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge